

# Fourth Court of Appeals
## San Antonio, Texas

July 13, 2016

No. 04-14-00331-CV

Gene **DEVOLL**,
Appellant

v.

Rebecca **DEMONBREUN** and William Dowds,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-05169
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

On January 16, 2015, we abated this appeal based on Norris DeVoll's petition for bankruptcy filed in the United States Bankruptcy Court for the Western District of Texas under case number 15-50122-CAG. *See* TEX. R. APP. P. 8.1. Although Norris DeVoll is neither an appellant nor appellee in this appeal, his community property interest in Paulette DeVoll's partnership interest—which is the subject of this appeal—was property that may have been part of the bankruptcy estate. *See* 11 U.S.C. § 541 (2006) ("Property of the estate").

In our January 16, 2015 order, we suspended this appeal and all time periods under the Texas Rules of Appellate Procedure from the date the bankruptcy petition was filed in the bankruptcy court. *See* TEX. R. APP. P. 8.2. We advised the parties the appeal would remain suspended unless and until it was reinstated in accordance with Rule 8.3. *See id.* R. 8.3(a).

On June 20, 2016, appellant Gene DeVoll filed a motion to reinstate the appeal and attached a certified copy of the bankruptcy court's April 26, 2015 Discharge of Debtor order in case number 15-50122-CAG. *See id.* The order states that Norris J. DeVoll "is granted a discharge under section 727 of title 11, United States Code." Appellant's motion to reinstate also includes a copy of the final judgment in adversary case number 15-05025-CAG. That judgment lists William Dowds and Rebecca Demonbreun, appellees in this appeal, as plaintiffs in case number 15-05025-CAG.

We REINSTATE this appeal on this court's docket. We WITHDRAW the previous submission date of November 12, 2014. We set this appeal for submission on briefs only on Wednesday, August 3, 2016 before a panel consisting of Chief Justice Marion, Justice Alvarez, and Justice Chapa. No supplemental briefing is required.

It is so **ORDERED** on July 13, 2016.

PER CURIAM

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court